IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARK ALLEN COLLINS,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:16-cv-356

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael J. Newman (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations (Doc. #13) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **AFFIRMED**;

3. Plaintiff Mark Allen Collins's request for remand pursuant to the Sixth Sentence of 42 U.S.C. § 405(g) for further proceedings is **OVERRULED**; and

4. This case is terminated on the docket of this Court.

Date: 8-11-17

WALTER H. RICE
UNITED STATES DISTRICT JUDGE